IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| LUCIA SUAREZ, | ) | No. 33975-1-III |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| LAURO OLMOS, | ) | |
| | ) | |
| Appellant. | ) | |

PENNELL, J. — Lauro Olmos appeals from a protection order granted to his minor child,[1] specifically challenging the trial court's reference to a "pending criminal matter" in granting the order and its subsequent dismissal of his self-defense claim. Br. of Appellant at 10-11. The protection order has now expired. This court wrote to the parties to learn whether the order had been extended and, if not, whether the case was moot. Neither party has responded. Since the order has now expired and the questions involved

---

[1] The petition for a protection order in the trial court was filed by the child's aunt, Lucia Suarez, the respondent in this appeal.

No. 33975-1-III
*Suarez v. Olmos*

in the appeal do not present issues of public importance, we dismiss the appeal as moot.

A majority of the panel has determined this opinion will not be printed in the

Washington Appellate Reports, but it will be filed for public record pursuant to RCW

2.06.040.

_____
Pennell, J.

WE CONCUR:

_____
Fearing, C.J.

_____
Korsmo, J.

2